**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIEL REESE,<br><br>          Plaintiff,<br><br>     v.<br><br>C. PFIEFFER, *et al.*,<br><br>          Defendants. | Case No. 1:24-cv-00400 JLT CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITH PREJUDICE FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED<br><br>(Doc. 25) |

Nathaniel Reese is a state prisoner proceeding pro se and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. On April 10, 2026, the assigned magistrate judge issued findings and recommendations to dismiss Plaintiff's third amended complaint for failure to state a claim upon which relief can be granted.  (Doc. 25.)  The magistrate judge found that because Plaintiff was granted leave to amend his complaint on three prior occasions and has failed to cure the identified deficiencies, it appears Plaintiff cannot cure his pleadings and, thus, leave to amend would be futile.  (*Id.* at 7-8, citing *Hartman v. CDCR*, 707 F.3d 1114, 1129-30 (9th Cir. 2013).)  The Court served the findings and recommendations on Plaintiff, ordered him to file any objections within 21 days, and warned him that failure to timely file objections may result in the waiver of certain appellate rights.  (*Id.* at 8, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed and the time to do so has now passed.

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case.

Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The findings and recommendations issued on April 10, 2026 (Doc. 25) are **ADOPTED in full**.

2.  This action is **DISMISSED WITH PREJUDICE** for Plaintiff's failure to state a claim upon which relief may be granted and the futility of further amendment.

3.  The Clerk of the Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated:   **May 11, 2026**

_____
UNITED STATES DISTRICT JUDGE

2